2009-29678
FILED
August 13, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002016407

ATTORNEY DEBT SOLUTIONS, PC
C. Roman Rector, SBN: 212244
Chad M. Johnson, SBN: 232417
Mark Shmorgon, SBN: 255939
25 Cadillac Drive, Ste 200
Sacramento, CA 95825
Tel: (916) 979-6100
Fax: (916) 979-6120

Attorney for Debtor(s)
AARON F. VEGA &
DEANA D. VEGA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO AND MODESTO DIVISIONS

In re:

AARON F. VEGA &
DEANA D. VEGA,

                  Debtor(s)

Case No.: 09-29678-D-13L

**ORDER CONFIRMING PLAN, ATTORNEY FEES**

The Chapter 13 plan of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

RECEIVED
August 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002016407

| | |
|---|---|
| 1 | 3. The debtor shall appear in court whenever notified to do so by the court. |
| 2 | **IT IS FURTHER ORDERED** that the attorney fees for the debtor's attorney in the full |
| 3 | amount of $3,500.00 are approved, $2,500.00 of which was paid prior the filing of the petition. The |
| 4 | balance of $1,000.00 provided that the attorney and debtor have executed and filed a "Rights and |
| 5 | Responsibilities of Chapter 13 Debtors and Their Attorneys," shall be paid by the trustee from plan |
| 6 | payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 |
| 7 | Cases. |

*[signature]*
Approved as to form by
Lawrence J. Loheit, Chapter 13 Trustee

DATED:
Dated: August 13, 2009

*[signature]*
Robert S. Bardwil, Judge
United States Bankruptcy Court